UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TANISHA TYSON,  )<br>    Plaintiff,  )<br>  )<br>-v-  )<br>  )<br>GRAND RAPIDS PUBLIC SCHOOL  )<br>DISTRICT ET AL.,  )<br>    Defendants.  )<br>_____) | No. 1:15-cv-258<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 25), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Date:  December 16, 2016            /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge

1